Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.                                             Case: F04-0025 CR (JDR)

Charles Summerville

On January 10, 2005, the above-named was placed on probation for a period of three years. The defendant has complied with the rules and regulations of probation and has committed no known violations of supervision. The offender has also paid in full a fine of $22,500 as well as a $25 special assessment. It is accordingly recommended that Charles Summerville be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

_____
Eric D. Odegard
Supervising U.S. Probation/Pretrial Services Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this  29th  day of  March , 20 06 .

**REDACTED SIGNATURE**

_____
John D. Roberts
U.S. Magistrate Judge